IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 19-678-TUC-JAS (DTF) |
| Plaintiff, | **ORDER** |
| vs. | |
| Floyd Garcia, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Ferraro. In the Report and Recommendation, Magistrate Judge Ferraro recommends denying Defendant's motion to suppress. As the Court finds that the Report and Recommendation appropriately resolved the motion to suppress, Defendant's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 45) is accepted and adopted.

(2) Defendant's motion to suppress (Doc. 33) is denied.

DATED this 24th day of June, 2019.

James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).